UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

NANCY SULLIVAN and BURT SULLIVAN,

        Plaintiffs,

   v.

NOVARTIS PHARMACEUTICALS CORP., NOVARTIS CORP., NOVARTIS PHARMASTEIN AG, and NOVARTIS AG,

        Defendants.

**CLOSED**

Civ. No. 08-1091 (DRD)

**O R D E R**

Plaintiffs having moved to remand this Action to the Superior Court of New Jersey, and the court having reviewed the submissions of the parties, and for the reasons set forth in an opinion of even date,

    IT IS, on this 9th day of September, 2008, ORDERED that:

1. The Motion to Remand is granted; and,

2. The Action is REMANDED to the Superior Court of New Jersey.

                            s/ Dickinson R. Debevoise
                            DICKINSON R. DEBEVOISE, U.S.S.D.J.